

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00142-CR

_____

RANDOLF SAMUEL FRANKLIN, II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 264th Judicial District Court
Bell County, Texas
Trial Court No. 67603

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Randolf Samuel Franklin, II,[1] appeals from his conviction on a charge of burglary of a habitation, resulting in a twenty-year sentence of imprisonment. In a companion case, Franklin also appealed from a conviction for theft from a person. He has filed a single brief, in which he raises an issue common to both of his appeals. Franklin argues that the trial court erred in refusing to allow his court-appointed attorney to withdraw on the day of trial, rendering his plea involuntary.

We addressed this issue in detail in our opinion of this date on Franklin's appeal in cause number 06-11-00141-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     November 1, 2011
Date Decided:       November 15, 2011

Do Not Publish

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005). We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.